THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Destry Spears,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Cherokee County
Donald W. Beatty, Circuit Court Judge

Memorandum Opinion No. 2004-MO-006
Heard January 21, 2004 - Filed March 
 8, 2004

AFFIRMED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, Office of Appellate Defense, 
 of Columbia, for Petitioner.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, 
 Chief Capital & Collateral Litigation Donald Zelenka, Assistant Deputy Attorney 
 General Allen Bullard, Assistant Attorney Generals Douglas E. Leadbitter and 
 Assistant Attorney General Christopher L. Newton, Office of the Attorney General, 
 all of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted certiorari to review petitioners direct appeal 
 issue pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).  
 We now affirm pursuant to Rule 220 (b)(1), SCACR, and the following authority:  
 State v. Beck, 342 S.C. 129, 536 S.E.2d 679 (2000)(appellant must demonstrate 
 error and prejudice to obtain reversal).
 MOORE, A.C.J., WALLER, BURNETT, PLEICONES, JJ., and Acting Justice 
 G. Thomas Cooper, Jr., concur.